■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR RIOS, Appellant. [816 NYS2d 377]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 28, 2006 (*People v Rios,* 26 AD3d 521 [2006]), affirming a judgment of the Supreme Court, Queens County, rendered May 22, 2003.

Ordered that the application is denied.

· The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Miller, J.P., Mastro, Fisher and Lunn, JJ., concur.